UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

PHYLLIS J. HALL,                                            05-CV-0223E(Sc)
                        Plaintiff,


        -vs-

                                                                          ORDER

COMMISSIONER OF SOCIAL SECURITY,
                        Defendant.

_____

        The Honorable Hugh B. Scott, a Magistrate Judge in this judicial district,

having conducted all proceedings necessary to determine the merits of factual

and legal issues presented in this matter pursuant to this Court's referral under

28 U.S.C. §636(b)(1)(B), and having on January 18, 2007 filed his Report and

Recommendation concerning such and no objection thereto having been made,

it is hereby

        **ORDERED** that said Report and Recommendation is fully confirmed, that

the decision of the Commissioner is hereby vacated and this matter is remanded

to the Commissioner of Social Security for further administrative proceedings.

DATED:        Buffalo, N.Y.

                February 21, 2007

                                _____
                                        */s/ John T. Elfvin*
                                        JOHN T. ELFVIN
                                        S.U.S.D.J.